BEFORE THE FIRST DIVISION, FEBRUARY 21, 1941

No. 45439.—Protests 36514–K, etc., of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the articles in question are similar to those the subject of Abstract 40185. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 45440.—Protest 904957–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of tambourines or so-called noisemakers in chief value of paper similar to those the subject of *Dessart* v. *United States* (T. D. 45169) and Abstract 36935. The claim at 35 percent under paragraph 1413 was therefore sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 21, 1941

No. 45441.—Protests 47536–K, etc., of Salvatore A. Laraja et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of Romano cheese the same as that the subject of *Locatelli* v. *United States* (T. D. 48284). The claim that an allowance of 2½ percent should have been made in the weight to compensate for the inedible covering on the outside was therefore sustained.

BEFORE THE FIRST DIVISION, FEBRUARY 24, 1941

No. 45442.—Protest 49370–K of Rothstein & Falk (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

No. 45443.—Protest 48168–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are similar to those the subject of Abstract 44140. The claim at 60 percent under paragraph 218(f) was therefore sustained.

No. 45444.—Protest 36584–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 31644 the mechanical mice in question were held dutiable at 45 percent under paragraph 397 as claimed.